SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARIA GARCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>D-1280X, INC.; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-08255-MRA (JPRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARIA GARCIA ("Plaintiff") and Defendant D-1280X, INC. stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\
\\

Respectfully submitted,

DATED: May 5, 2025 SO. CAL. EQUAL ACCESS GROUP

By: *_/s/ Jason J. Kim_*
Jason J. Kim
Attorneys for Plaintiff

DATED: May 5, 2025

By: *_/s/ Ray Haynes_*
Ray Haynes, Esq.
Attorneys for Defendant
D-1280X, INC.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 5, 2025 By: *_/s/ Jason J. Kim_*
Jason J. Kim